UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosalind Delacruz<br><br>            Plaintiff,<br><br>    v.<br><br>FCA US, LLC<br><br>            Defendant. | Case No.  1:23-cv-00677-ADA-SKO<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 08/22/2023.

August 22, 2023                                                                 KEITH HOLLAND, CLERK

                                                                                           By: /s/  R. Gonzalez,
                                                                                           Deputy Clerk