**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALIND DELACRUZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendant. | Case No.: 1:23-cv-00677-ADA-SKO<br><br>Judge Sheila K. Oberto<br><br>**ORDER**<br><br>(Doc. 15) |

　　Pursuant to the parties' stipulation (Doc. 15), Plaintiff ROSALIND DELACRUZ ("Plaintiff") and Defendant FCA US LLC ("FCA") have agreed FCA will pay $12,250.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

　　Accordingly, the Court hereby GRANTS the Stipulation and ORDERS FCA to satisfy Plaintiff's attorneys' fees, costs and expenses for $12,250.00.  Payment is to be made to counsel for Plaintiff within 60 days of entry of this Order.  Plaintiff will dismiss the case with prejudice following satisfaction of funding within 10 business days.

IT IS SO ORDERED.

Dated:　**September 21, 2023**　　　　　　　　 /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE