1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSALIND DELACRUZ, | No. 1:23-cv-00677-NODJ-SKO |
| Plaintiff, | |
| vs. | ORDER DIRECTING CLERK TO CLOSE THE CASE |
| FCA US LLC; and DOES 1 through 10, inclusive | (Doc. 21) |
| Defendants. | |

On January 9, 2024, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 21).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **January 10, 2024**                    */s/ Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE